Court's Copy

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

Jun 16, 2008
JUN 1 6 2008 m/3

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume, SR

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jason Seely.

08cv3452

Case  JUDGE PALLMEYER
(To   MAG. JUDGE ASHMAN

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓         **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Moses Tugume, SR_

B.    List all aliases: _Tegume_

C.    Prisoner identification number: _R- 60977_

D.    Place of present confinement: _INA- Bmrcc_

E.    Address: _P.O. Box 900, INA, IL 62846_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _Jason Seely_

Title: _Criminal Investigator_

Place of Employment: _Mundelein Police Dept 221 N Lake Street IL 60060_

B.    Defendant: _John Doe_

Title: _____

Place of Employment: _Mundelein Police Dept 221 N Lake Street IL 60060_

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _Tugume v Rathke   07 CV 6211_

B.    Approximate date of filing lawsuit: _November 2007_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Moses Tugume_

D.    List all defendants: _Rathke Philip of Mundelein Police Dept_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District Court of Illinois_

F.    Name of judge to whom case was assigned: _John W Darrah_

G.    Basic claim made: _Illegal Search and Seizure of my Personal effects in Violation of my Fourth Amendment Constitutional rights and Invasion of my Privacy thus Denied Due Process._

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending before Honorable Judge John W Darrah — Court Room 1203 U.S. District Court. Dirksen Building._

I.    Approximate date of disposition: _Don't know_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

On December 3rd 2006, Criminal Investigator Jason Seely Without a Search Warrant or my Personal Consent Conducted an Illegal Search on my Personal Suitcase and Lockbox that that Evidence Technician Rathke had also Purposefully Searched or Illegally Seized from my Premises at 54 Washington Blvd Apt 106, Mundelein IL 60060 Without a Warrant or my Implied Consent on that occassion. This Investigator apparently broke the Padlock to my Suitcase [omega] and thus gained access to it's Contents, among which were my applications For Naturalization, Personal U.S. Mail, and other Personal effects. He Conducted this Search on my Personal effects at the Police Station Without a Warrant or my Consent and Yet at this time I was being Interrogated by Police at the Police Station. He also Conducted an Illegal Search of the Contents of My Lockbox among which were my Four Passports, FIOD Cards, Social Seawrth Cards, Without a Warrant or my ~~occe~~ Consent on this occassion and Yet I was in the Police Station building at ~~that~~ time. He Confronted me with a Photo From my Lockbox and Information From my Personal U.S. Mail From Saratoga Springs; New York ~~ta~~addressed to my Address in West Palm Beach FL, my residence at the time in 2007, ~~His~~ I believe his actions are Violative of my Fourth Amendment Constitutional rights, my right to Privacy to my Person, Property and thus denied me due Process Pursuant TO the Fourteenth Amendment of the United States Constitution.

Revised 9/2007

VERIFICATION

STATE OF ILLINOIS )
                  )
                  ) SS
                  )
COUNTY OF JEFFERSON )

Under Penalties as Provided by the Law Pursuant to SECTION 1-109 OF the Code OF CiviL Procedure, the Plaintiff Verifies and Certifies that the Statements Set Forth in This Instrument are true and Correct, except as to Matters therein Stated to be on Information and belief and as to Such Matters the Plaintiff Certifies as aForesaid that the Plaintiff Verily believes that Same to be true.

_Moses Tygume_  6/5/2008
Moses Tygume, R60871
IMA-Bmrcc
P.O.Box 900, IMA, IL 62846

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That this Honorable Court enter Compensatory, Punitive and Monetary damages Judgment against this defendant in the Amount of Ten [10] Million Dollars. as a deterrence for his actions on the occassion in question - December 3rd 2006.

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5___ day of __June__ , 20_08_

_____
(Signature of plaintiff or plaintiffs)

MOSES Tugume
_____
(Print name)

R 60977
_____
(I.D. Number)

Big Muddy River C.C.
P.O. Box 900, INA, IL 62846.
United States of America.
_____
(Address)

6                                              Revised 9/2007

Order Form (01/2005)

# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | 5-27-2008 |
|---|---|---|---|
| CASE NUMBER | 07 C 6211 | 5-27-08 DATE | 5-27-08 |
| CASE TITLE | Moses Tugume a/k/a Tegume (#R-60977) vs. Mary Katherine Foy, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion "to salvage untimely amended complaint" [#50] is denied. As the plaintiff has been previously advised, the only remaining issue in this case is whether defendant Rathke, an evidence technician, illegally searched and seized the plaintiff's personal effects. The plaintiff must file a new lawsuit if he believes that another Mundelein criminal investigator committed another illegal search and seizure on a different occasion. The plaintiff's request for subpoenas [#49] is likewise denied. If the plaintiff seeks documents and information from the defendant, he should file a discovery request pursuant to Fed. R. Civ. P. 26, *et seq.*

■ [Docketing to mail notices.]

mjm