10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
Jun 16, 2008
JUN 1 6 2008
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Moses Tugume
_____
Plaintiff

v.

Jason Seely
_____
Defendant(s)

08cv3452
JUDGE PALLMEYER
MAG. JUDGE ASHMAN

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __MOSES Tugume__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?　☒Yes　☐No　(If "No," go to Question 2)
   I.D. # __R60577__　Name of prison or jail: __Big Muddy River__
   Do you receive any payment from the institution? ☒Yes ☐No　Monthly amount: __$10.00__

2. Are you currently employed?　☐Yes　☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: __December 2006__
      Monthly salary or wages:_____
      Name and address of last employer: __Winchester House
      1125 N. Milwaukee, Libertyville, IL 60048__

   b. Are you married?　☐Yes　☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount_____ Received by_____　☐Yes　☒No

    b.    ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes     ☒ No
    Amount _____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes     ☒ No
    Amount _____ Received by _____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support     ☐ Yes     ☒ No
    Amount _____ Received by _____

    e.    ☐ Gifts or ☐ inheritances     ☐ Yes     ☒ No
    Amount _____ Received by _____

    f.    ☐ Any other sources (state source: _____)     ☐ Yes     ☒ No
    Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property: _____ Current Value: _____
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property: _____
Type of property: _____ Current value: _____
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐ Yes   ☒ No
Property: _____
Current value: _____
In whose name held: _____ Relationship to you: _____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents

Joshua Tugume
& Isaac Tugume    Sons
Trevor Tugume
Junior Tugume