UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS.

EASTERN DIVISION

JUL 10 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUL 10 2008 CM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MOSES TYGUME, SR | 08 CV 3452 |
| Plaintiff | Honorable Judge PALLMEYER |
| V | Magistrate Judge ASHMAN |
| JASON SEELY | |
| DEFENDANT | |

MOTION TO/FOR LEAVE TO PROCEED INFORMA PAUPERIS

FOR PRISONER REG: MOSES TYGUME, SR R# 60977

Now Comes, the Plaintiff, Moses Tygume, by and through Pro se, and respectfully requests the Leave/Permission of this Honorable Court to Proceed Informa Pauperis after making a Partial deposit of $90.00 to the Full $350.00 and enter an order of a Payment Plan to be Charged to my Prison trust Account for the Balance and in Support thereof, States as Follows:

1  This Honorable Court Presided over by the Honorable Judge John W. Darrah in denying Plaintiff's request to Add New defendant to Case, 07 CV 6211 advised Plaintiff to File New Lawsuit in it's 5/27/2008 Court order. [see attached.] If He believes the Involvement of above Defendant Was Violative of His Constitutional rights [Federal rights]

2  Plaintiff is Submitting $90.00 toward the Filing of this New Lawsuit along with this Motion and is or will be requesting His Family Members to Pay the balance of $260.00 but asks this Court for an order to Charge this balance to His Prison Trust Fund Account. For Now. Big muddy River P.O. Box 900, INA, IL 62846.

Wherefore, based on the Foregoing, Plaintiff respectfully requests Leave of this Honorable Court to Proceed Informa Pauperis in the New Case or Lawsuit.

Respectfully Submitted

Moses Tygume