Moses B. Tugume, SR
INA - BMRCC
P.O. Box 900, INA, IL 62846

July 22nd 2008
Michael W. Dobbins
Office of
Clerk of the U.S. District Court
Prisoner Correspondence
United States Court House
219 South Dearborn Street
Chicago, Illinois 60604

FILED
JUL 28 2008
Jul 28, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 CV 6211 & 08 CV 3452 - Cases Pending.

Re: Address Change Notification & Forms Request

Dear Sir/Madam;

Please be advised that on or about August 4th 2008 my address will change to, due to remand of my case by Appellate Court

C/O Lake County Jail
P.O. Box 38, Waukegan, Illinois 60085

Please direct all correspondence to my attention to above address. Thanks. Please forward to me 4 Complaint Forms [§1983] and one Informa Pauperis Applications [1] and 7 Subpoena Forms at your earliest convenience. Thank you in advance for your help. Please enclose receipt of filing Fee $350.00 for 08 CV 3452

Very truly Yours
Moses Tugume R60977
[signature]

NB For alternative address for this Honorable Court's Record
C/O Ssepuuya Frederick
5300 S Hyde Park Blvd #201
Chicago Illinois 60615.