UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Moses Tyquine, SR

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

~~[redacted]~~

Jason Seely

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Honorable Rebecca Pallmeyer

Case No: 08 CV 3452
(To be supplied by the Clerk of this Court)



RECEIVED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY: Proposed Amended — Supplemental [New Defendant]

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Moses Tugume, SR

   B. List all aliases: Tegume

   C. Prisoner identification number: R 60977

   D. Place of present confinement: Big Muddy River CC

   E. Address: P.O. Box 900, INA, IL 62846

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Hergott Marc

      Title: Investigator

      Place of Employment: Mundelein Police Department, 221 N Lake Street, Mundelein, IL 60060

   B. Defendant: _____

      Title: _____

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _Tugume V Rathke 07 CV 6211_

B.   Approximate date of filing lawsuit: _November 2007_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Moses Tugume_

D.   List all defendants: _Rathke Philip_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern Federal District Court of Illinois_

F.   Name of judge to whom case was assigned: _John W Darrah_

G.   Basic claim made: _Illegal Search and Seizure in violation of my Federal rights against my Will_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending_

I.   Approximate date of disposition: _Don't Know_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

On December 3 2006, Criminal Investigator Hergott Marc without a Magistrate's Warrant or Search Warrant ordered me to strip naked and submit to him my pair of Blue Jeans size 34x32 model "USA Classic" so He can carry on His Investigation i.e send this pair of Jeans along side my Black Long Sleeved Dress Shirt Size Large, Model "Most Wanted" to the LAB for DNA Analysis. This Investigator seized my clothes and ordered me to wear a See through Paper Jumpsuit without a Magistrate's Warrant. I did Submit to His Orders thus my Submission to a show of Authority in Fear of what He would have done to me had I objected to His Orders as An Officer of the Law. This Search was Illegal & Seizure

I believe His Actions are Violative of my Right to Privacy, Unreasonable Search and Seizures, thus denied me due Process in Violation of my Fourth and Fourteenth Constitutional Rights under the United States Constitution of America.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award Monetary damages for loss, Mental anguish, Compensation and emotional distress to the Plaintiff in the amount of $10 million Dollars [Ten] against this defendant for invasion of Plaintiff's federal rights to Privacy ~~[illegible strikethrough text]~~

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19th day of July, 20 08

_Ngume_
(Signature of plaintiff or plaintiffs)

Moses Ngume, SR
(Print name)

R. 60877
(I.D. Number)

INA-BMRCC
P.O. Box 900, INA, IL 62846
Big Muddy River C.C.
(Address)