UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
Jul 31 2008
JUL 31 2008
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume, SR

Plaintiff,

-VS-

Jason Seely,

Defendant

08 cu 3452
No 08 CV 3452

Hon. Rebecca Pallmeyer
Dist Ct

Hon. Martin Ashman
Magistrate Judge

Judges, Presiding

MOTION FOR LEAVE TO AMEND COMPLAINT With Supplemental Complaint

Now Comes the Plaintiff, Moses Tugume, SR by and through Pro se and Pursuant to Rule 15(a), Fed. R. Civ. P respectfully request Leave of this Honorable Court to File this Supplemental Complaint implicating New Defendant Hergott Marc as the alleged Violations relate back to the original Complaint thus there is a relationship to the Claims in the Original Complaint against defendant Jason Seely. The Proposed Supplemental Complaint is attached to this Motion For this Honorable Court's Review.

Wherefore, Plaintiff, Moses Tugume, SR respectfully Prays this Honorable Court For Permission To File the Supplemental Complaint and order that it be Served on New Defendant Hergott Marc

Respectfully Submitted
Moses Tugume

Date July 19 2008