MHW

**FILED**
8-22-2008
AUG 2 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Moses Tugume L112691
Lake County Jail
P.O. Box 38, Waukegan
Illinois 60079-0038

Clerk
U.S District Court
219 S Dearborn Street
Chicago, IL 60604

Cases 07 CV 6211, 08 CV 3452 (Darrah &
Address Change                Pallmeyer)

Dear Sir/Madam

Please receive my new address cullmarative from the remand of my case to the trial Court here in Lake County.

At Present my custody has been shifted from that of the Illinois Department of Corrections to that of the Lake County Sheriff Mark C Curran JR.

Since transfering from Big Muddy River CC in August, I have not received any orders pertaining cases 08 CV 3452 & 07 CV 6211, Please be kind to forward to my any duplicates in your care. The BMRCC is not obligated to forward mail from the U.S. District Clerk since it is not considered "Legal Mail". This move is Permanent and I will not be returning to the custody of IL Dept of Corrections.

Thanks in advance for your help forwarding all correspondence to my new address.

Sincerely Moses Tugume